**Opinion issuedJune 21, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-10-01102-CR**

———————————

**CAROLYN LUJAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**HarrisCounty, Texas**
**Trial Court Cause No. 1174378**

**MEMORANDUM OPINION**

Appellant, Carolyn Lujan,has filed a motion to dismiss the appeal. The

motion complies with Texas Rule of Appellate Procedure 42.2(a).*See*TEX.R.APP.

P. 42.2(a).We have not issued a decision in the appeal. The Clerk of this Court has sent a duplicate copy to the trial court clerk. *Id.*

The appeal is presently abated. Accordingly, wereinstate the appeal and dismiss. *See*TEX. R. APP. P. 43.2(f).We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See*TEX. R. APP. P. 18.1.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish. TEX. R. APP. P. 47.2(b).